UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

22-cr-396 (PKC)

-against-

ORDER

BRIJESH GOEL,

Defendant.
-----------------------------------------------------------x
BRIJESH GOEL,

Movant,

25-cv-1987 (PKC)

-against-

UNITED STATES OF AMERICA,

Respondent.
-----------------------------------------------------------x
CASTEL, Senior District Judge:

On March 4, 2025, while in the custody of the Federal Bureau of Prisons ("BOP"), defendant Brijesh Goel filed a motion to vacate, set aside or correct his conviction and sentence, pursuant to 28 U.S.C. § 2255. (22-cr-396, ECF 138.) According to BOP records, Goel was released from BOP custody on November 14, 2025.[1] The U.S. Probation Office informed the Court that Goel was deported on November 15, 2025. The Court last heard from Goel on June 24, 2025, when he filed a waiver of the attorney-client privilege in connection with his section 2255 motion. (22-cr-396, ECF 143.) Goel had thirty days from the date of the government's response to file a reply. (22-cr-396, ECF 139.) He has not done so. Goel has also failed to keep the Court apprised of his new

[1] https://www.bop.gov/inmateloc/ (lasted accessed Aug. 6, 2026).

contact information, as required by the standing order entered in the civil action for his section 2255 motion. (25-cv-1987, ECF 2.) By September 7, 2026, Goel shall update his contact information on ECF or provide his email address or physical address to chambers via email at CastelNYSDChambers@nysd.uscourts.gov. If Goel fails to provide his updated contact information by September 7, 2026, his section 2255 motion may be deemed withdrawn without prejudice.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
August 7, 2026